Dorothy M. Weber, Esq. (DW 4734)
SHUKAT ARROW HAFER WEBER & HERBSMAN LLP
111 West 57th Street, Suite 1120
New York, NY 10019
(212) 245-4580

*Attorneys for Plaintiff Christopher Robert Liggio*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CHRISTOPHER ROBERT LIGGIO,                  :
                                            :
              Plaintiff,                      :   Docket No.
                                            :   11 CV 6577 (HB)
      v.                                    :
                                            :   **NOTICE OF VOLUNTARY**
ENTERTAINMENT ONE US, LP,                   :   **DISMISSAL PURSUANT TO**
JOSEPH GUILLERMO JONES II P/K/A             :   **F.R.C.P. 41(a)(1)(A)(i)**
JIM JONES, SALLY RUTH ESTHER, INC.,         :
UNIVERSAL MUSIC PUBLISHING, SONGS           :
OF UNIVERSAL, INC., DEREK LAMONT            :
COLEMAN, SHEQUOIA DOUGLAS, P/K/A            :
ASHANTI AND POOKIETOOTS, LLC,               :
                                            :
              Defendants.                     :
-------------------------------------------------------------- X

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Christopher Robert Liggio, by his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants JOSEPH GUILLERMO JONES II P/K/A JIM JONES, SALLY RUTH ESTHER, INC., and DEREK LAMONT COLEMAN.

      With respect thereto, the Plaintiff states that no answer or motion for summary judgment has been received by counsel for the plaintiff from any of these parties. Such dismissal is without prejudice and is not on the merits. There has

been no prior dismissal in any court of the United States or of any state of an action based on or including the same claim as presented by the plaintiff in its complaint herein.

Dated:    New York, New York
          August 27, 2012

                        SHUKAT ARROW HAFER WEBER
                        & HERBSMAN, L.L.P.

                        By: _____
                        Dorothy M. Weber, Esq. (DW 4734)
                        111 West 57th Street, Suite 1120
                        New York, New York  10019
                        (212) 245-4580
                        dorothy@musiclaw.com

            *Attorneys for Plaintiff Christopher Robert Liggio*

To:   Joseph Guillermo Jones II p/k/a Jim Jones,
      23-07 Ward Street,
      Fairlawn, New Jersey 07410

      Sally Ruth Esther, Inc.,
      c/o Joseph Guillermo Jones II p/k/a Jim Jones
      23-07 Ward Street,
      Fairlawn, New Jersey 07410

      Derek Lamont Coleman
      5680 Reseda Blvd., Apt 31
      Tarzana, CA 91356

      Daniel J. Aaron, Esq.
      Daniel J. Aaron, P.C.
      437 Madison Avenue, 4th Floor
      New York, NY 10022
      *Attorneys for Entertainment One US, LP*