Daniel J. Aaron, Esq (DA-0718)
DANIEL J. AARON, P.C.
90 Park Avenue, Suite 701
New York, New York 10016
Telephone: (212) 684-4466
Facsimile: (212) 684-5566
daaron@earthlink.net
Attorney for defendant
Entertainment One US, LP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER ROBERT LIGGIO,

        Plaintiff,

  -against-

ENTERTAINMENT ONE US, LP,
JOSEPH GUILLERMO JONES II,
P/K/A JIM JONES, SALLY RUTH
ESTHER, INC., UNIVERSAL MUSIC
PUBLISHING, SONGS OF UNIVERSAL,
INC. DEREK LAMONT COLEMAN,
SHEQUOIA DOUGLAS, P/K/A ASHANTI
AND POOKIETOOTS, LLC,

        Defendants.

ENTERTAINMENT ONE US LP,

        Third Party Plaintiff,

  -against-

JONES FAMILY PRODUCTIONS, INC.,

        Third Party Defendant.

1:11-CIV-06577(HB)(GWG)

**NOTICE OF CHANGE OF ADDRESS AND NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(c) AND 41(a)(1)(A)(i)**

    PLEASE TAKE NOTICE, that the physical and mailing address of Daniel J. Aaron, P.C. has changed from 437 Madison Avenue, 4th Floor, New York, NY 10022 to 90 Park Avenue, Suite 701, New York, New York 10016.

PLEASE ALSO TAKE NOTICE, that Plaintiff having filed a voluntary dismissal of the above-captioned action, without prejudice, as against the defendants JOSEPH GUILLERMO JONES II P/K/A JIM JONES, SALLY RUTH ESTHER, INC., and DEREK LAMONT COLEMAN, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Defendant Entertainment One US, LP ("Entertainment One"), by its undersigned counsel, hereby now also gives notice that Entertainment One's Cross-claim against JOSEPH GUILLERMO JONES II P/K/A JIM JONES, and its Third Party Claim against JONES FAMILY PRODUCTIONS, INC., are hereby, voluntarily dismissed, without prejudice, pursuant to F.R.C.P. 41(c) and 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

With respect thereto, Entertainment One states that no answer or motion for summary judgment has been received by counsel for Entertainment One from any of these parties, nor has any evidence been introduced at a hearing or trial. Such dismissal is without prejudice and is not on the merits. There has been no prior dismissal in any court of the United States or of any state of an action based on or including the same claim as presented by Entertainment One in its Cross Claim or Third Party Claim herein.

Dated: New York, New York
       August 28, 2012

DANIEL J. AARON, P.C.

By: _____
Daniel J. Aaron (DA 0718)
90 Park Avenue, Suite 701
New York, NY 10016
212-684-4466
Attorney for Entertainment One US, LP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties having appeared via transmission of Notices of Electronic Filing generated by CM/ECF and upon the following via first class mail

Joseph Guillermo Jones II p/k/a Jim Jones
23-07 Ward Street
Fairlawn, New Jersey 07410

Sally Ruth Esther, Inc.,
c/o Joseph Guillermo Jones II p/k/a Jim Jones
23-07 Ward Street,
Fairlawn, New Jersey 07410

Jones Family Productions, Inc.
c/o Joseph Guillermo Jones II p/k/a Jim Jones
23-07 Ward Street,
Fairlawn, New Jersey 07410

Derek Lamont Coleman
5680 Reseda Blvd., Apt 31
Tarzana, CA 91356

Daniel J. Aaron, Esq. (DA 0718)